NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSEPH ROMAN,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3095

---

Petition for review of the Merit Systems Protection Board in No. CH0841120605-I-1.

---

**ON MOTION**

---

**O R D E R**

The Office of Personnel Management (OPM) moves to file a corrected informal brief and appendix and moves for the court to strike its June 27, 2013 brief and appendix.

Additionally, Joseph Roman has submitted a letter to the court with attachments indicating that his Merit Systems Protection Board appeal record was recently amended.

Accordingly,

ROMAN V. OPM                                                                        2

IT IS ORDERED THAT:

(1)   OPM's motion is granted.  OPM's June 27, 2013 filing will be withdrawn from CM/ECF.

(2)   A copy of Roman's August 1, 2013 letter and attachments and this order shall be transmitted to the merits panel assigned to decide this case.

FOR THE COURT


/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26